No. 1213. SANDERS v. BONOMI (ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK). Ct. App. N. Y. Certiorari denied. *Michael Franck* for respondent.

No. 1166. MOUTON, COLLECTOR OF REVENUE OF LOUISIANA v. TEXAS GAS EXPLORATION CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Emmett E. Batson* and *Chapman L. Sanford* for petitioner. *Clarence L. Yancey* for respondent.

No. 492, Misc. ROETH v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jay M. Vogelson* for petitioner. *Solicitor General Griswold* for the United States.

No. 709, Misc. SAAL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 846, Misc. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 792, Misc. KREUTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Ora Ray Adams, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 740, Misc. RYAN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Aaron E. Koota* and *Stanley M. Meyer* for respondent.